IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,
    Plaintiff,

vs.                                      Case No.: 5:08cv94/RS/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**ORDER**

       Plaintiff, a non-prisoner proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a Motion to Proceed in Forma Pauperis (Docs. 1, 2). Because Plaintiff's complaint and motion to proceed in forma pauperis indicated that Plaintiff was incarcerated (*see* Doc. 1 at 6, Doc. 2 at 2), and Plaintiff failed to use the form required for use by prisoners seeking leave to proceed in forma pauperis, the motion was denied (Doc. 5). The court directed that the clerk send Plaintiff a motion to proceed in forma pauperis for use by prisoners, along with a prisoner consent form and financial certificate, and ordered Plaintiff to file another motion to proceed in forma paupers (*see* Doc. 5). On May 21, 2008, Plaintiff submitted a motion to proceed in forma pauperis and used the form for use by prisoners, which is now before the court (Doc. 7).

       In the instant motion to proceed in forma pauperis (IFP), Plaintiff now states that he is <u>not</u> incarcerated (*id.* at 1). Although Plaintiff states that he has an income of $1200.00 per month, the court does not have enough information to determine whether to grant Plaintiff's motion because there is no record of Plaintiff's monthly expenses. Because the IFP form for use by <u>non-prisoners</u> provides a more detailed description of Plaintiff's financial status than the form for use by prisoners, it better enables the court to determine whether Plaintiff qualifies to proceed in forma pauperis,

Thus, Plaintiff shall be required to use the proper form if he wishes to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 7) is **DENIED without prejudice**.

2. The clerk is directed to forward to Plaintiff a form application to proceed in forma pauperis for use by a <u>non-prisoner</u>. This case number shall be written on the form.

3. Plaintiff shall have **THIRTY (30) DAYS** from the date of this order in which to either file a complete application to proceed in forma pauperis or the pay the filing fee of $350.00.

4. Plaintiff's failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this <u>17</u>th day of July 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**