IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,
    Plaintiff,

vs.                                      Case No.: 5:08cv94/RS/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## ORDER

       Plaintiff, a non-prisoner proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  Plaintiff has also submitted an application for leave to proceed in forma pauperis ("IFP") (Doc. 10).

       Plaintiff failed to complete the IFP application in its entirety.  Specifically, Plaintiff failed to complete subsection 4 of Section IV because he did not completely list his monthly expenses.  For example, Plaintiff indicates that he pays monthly house or apartment rent in the amount of $200.00 (*id.* at 3).  Additionally, Plaintiff lists his monthly debt payments as $800.00–$1,000.00, but he does not list the amount of the debt or to whom he owes the debt, and it is unclear whether Plaintiff's rent is included in the total monthly debt payments (*id.*).  Because Plaintiff earns approximately $1,800.00/month (*see id.* at 2), Plaintiff may have sufficient funds to pay the filing fee.  Thus, Plaintiff has failed to show that he is qualified to proceed without prepayment of the filing fee.  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion.

       Accordingly, it is **ORDERED**:

       1.   Plaintiff's motion to proceed in forma pauperis (Doc. 10) is **DENIED without prejudice**.

2.	The clerk shall send Plaintiff a motion to proceed in forma pauperis and a financial affidavit approved for use by non-prisoners in the Northern District of Florida.

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite affidavit of financial status.

4.	The clerk shall change the docket to reflect that this case is § 1983 pro se non-prisoner civil rights case instead of a § 1983 prisoner civil rights case.

5.	Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 12th day of August 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**