IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,
    Plaintiff,

vs.	Case No. 5:08cv94/RS/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**ORDER**

    Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). Leave to proceed in forma pauperis has been granted (Doc. 14). This cause is now before the court on Plaintiff's response (Doc. 19) to the court's order to show cause (Doc. 16), which was received by the court on November 26, 2008.

    The court issued an order on September 19, 2008, giving Plaintiff until October 17, 2008, to file an amended complaint on the court-approved form, as previously directed (*see* Docs. 14, 15). That time elapsed, and Plaintiff failed to submit an amended complaint. Thus, the court issued an order to show cause on October 21, 2008, instructing Plaintiff to show cause within twenty (20) days why this case should not be dismissed for failure to file an amended complaint (Doc. 16). Plaintiff failed to respond to the order; therefore, on November 17, 2008, the court issued a report and recommendation, recommending that Plaintiff's case be dismissed for failure to comply with an order of the court (Doc. 17).

    In the instant response, Plaintiff requests that the court allow the handwritten complaint "to be submitted as [his] court forms for filing" because the blank, court-approved civil rights form was damaged when Plaintiff changed residences several times between September 19, 2008 and October 21, 2008 (Doc. 19 at 1). Even though Plaintiff's response to the order to show cause is untimely, in light of Plaintiff's response and pro se status, the undersigned concludes that the Report and

Recommendation (Doc. 17) should be vacated.  The court will allow Plaintiff <u>one final opportunity to submit an amended complaint on the court-approved form</u>.[1]  <u>The amended complaint must comply with the earlier order of this court directing Plaintiff to file an amended complaint (*see* Doc.14), and it must be timely submitted.</u>

Accordingly, it is **ORDERED**:

1. The Report and Recommendation issued November 17, 2008 (Doc. 17) is **VACATED**.

2. The clerk of court is directed to forward to Plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983.  This case number should be written on the form.

3. Within **THIRTY (30) DAYS** of the date of docketing of this order, Plaintiff shall file an amended civil rights complaint, which shall be typed or clearly written, submitted on the court form, and marked "Amended Complaint."  In the alternative, Plaintiff shall a notice of voluntary dismissal.

4. Plaintiff's failure to file an amended complaint as directed in this order will result in a recommendation that this action be dismissed for failure to comply with a court order.

**DONE AND ORDERED** this <u>5</u>th day of December 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff is advised that future requests of this nature will be denied.  Plaintiff is responsible for complying with court orders and, in this case, he should have requested a blank civil rights form from the clerk's office in order to comply with the court's order requiring him to file an amended complaint.

Case No.: 5:08cv94/RS/EMT