FLN (Rev. 4/2004) Deficiency Order                                                                                    Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CARL DWAYNE MORGAN

    vs                                    Case No.  **5:08cv94/RS/EMT**
                                                               5:08cv169/RS/AK
STATE OF FLORIDA, et al.                  5:08cv333/RS/MD
                                                                5:08cv334/RS/EMT

## **ORDER**

Plaintiff's **Letter to Clerk of Courts re: Address Change, received 12/30/2008**, was referred to the undersigned with the following deficiencies:

    The document is not on plain 8½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

    The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* N.D. Fla. Loc. R. 5.1(B)(1).

    If Plaintiff wishes to file the document in more than one case, he must provide sufficient originals for filing in each case.  *See* N.D. Fla. Loc. R. 5.1(B)(5) (original signature must be affixed to any document which is filed in paper form).

For these reasons, **IT IS ORDERED** that:

    The clerk shall file the document in **Case Number 5:08cv94/RS/EMT**, but no further pleadings will be accepted unless they comply with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Florida.  Additionally, the clerk shall change Plaintiff/Petitioner's address on all pending cases (i.e., Case Numbers 5:08cv94/RS/EMT; 5:08cv169/RS/AK; 5:08cv333/RS/MD; and 5:08cv334/RS/EMT).

*FLN (Rev. 4/2004) Deficiency Order* *Page 2 of 2*

**DONE and ORDERED** this 6th day of January 2009.

        /s / *Elizabeth M. Timothy*
       **ELIZABETH M. TIMOTHY**
       **UNITED STATES MAGISTRATE JUDGE**