IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DEWAYNE MORGAN,

    Plaintiff/Petitioner,

vs.                              CASE NO. 5:08cv94/RS-EMT

STATE OF FLORIDA,

    Defendant/Respondent.
_____/

## ORDER

Plaintiff's Request for Entry Of Default (Doc. 38) is denied as moot.

**ORDERED** on April 20, 2010.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**