IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,

    Plaintiff,

vs.                                         CASE NO. 5:08cv94/RS-EMT

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS PROBATION &
PAROLE and SARAH FINE,

    Defendants.

_____/

## ORDER

Plaintiff's Motion To Set Aside Default And Reinstate Case (Doc. 44) is **denied.**

**ORDERED** on April 26, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**