IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,

    Plaintiff,

vs.                        CASE NO. 5:08cv94/RS-EMT

STATE OF FLORIDA, et al,

    Defendants.
_____/

## ORDER

Plaintiff's Request For Judicial Clarification (Doc. 46) is **denied.**

**ORDERED** on May 28, 2010.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**